No. 74–6438. SCOTT ET AL. *v.* KENTUCKY PAROLE BOARD ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 1031.] Respondents' suggestion of mootness and motion of petitioners to substitute James Ray Brumley et al. in place of Ewell Scott as parties petitioner deferred to hearing of case on the merits.

No. 75–260. MCDONALD ET AL. *v.* SANTA FE TRAIL TRANSPORTATION CO. ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 923.] Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as *amicus curiae* denied.

No. 75–312. YOUNG, MAYOR OF DETROIT, ET AL. *v.* AMERICAN MINI THEATRES, INC., ET AL. C. A. 6th Cir. [Certiorari granted *sub nom. Gribbs* v. *American Mini Theatres, Inc., ante,* p. 911.] Motions of Motion Picture Association of America, Inc., and American Civil Liberties Union et al. for leave to file briefs as *amici curiae* denied.

No. 75–5932. HARPER *v.* MCCARTHY, MEN'S COLONY SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied.

No. 75–395. SOUTH DAKOTA DEPARTMENT OF TRANSPORTATION EX REL. DIVISION OF HIGHWAYS *v.* SCHUMAKER ET AL. C. A. 8th Cir. Certiorari denied.

No. 75–594. INTERCOUNTY CONSTRUCTION CO. *v.* OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 75–643. ALLEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.